IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE LIDDICK,** | : | Civil No. 1:14-cv-1813 |
| **Plaintiff,** | : | |
| v. | : | |
| **BRENDA TRITT, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 31st day of July, 2018, **IT IS HERE BY ORDERED AS FOLLOWS**:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) Summary judgment is **GRANTED** in favor of Nancy Snyder, Vincent Suzadail, William Sierdzinski, and Joyce Montermurno on the claims of intentional retaliation.

3) Liddick motion seeking leave to respond to the first report and recommendation filed by the magistrate judge (Doc. 111) is **DENIED**.

4) The Fourteenth Amendment due process claim against Corrections Officer Charles Krah, Corrections Officer Brian Bresnock, and Hearing Examiner Sharon Luquis will proceed to trial.

5) A trial date will be set forth in a separate order.

                                                                                           s/Sylvia H. Rambo
                                                                                           SYLVIA H. RAMBO
                                                                                           United States District Judge