IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE LIDDICK,** | : | Civil No. 1:14-cv-1813 |
| **Plaintiff,** | : | |
| v. | : | |
| **BRENDA TRITT, et al.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff's motion for reconsideration (Doc. 119) is **DENIED**.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: September 12, 2018